IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| BILLY N. HAMMOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 111-045 |
| | ) |
| ROBERT SIMPKINS and PETER CICCIO, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion to dismiss is **GRANTED** (doc. no. 65), Plaintiff's complaint is **DISMISSED WITH PREJUDICE**, and this civil action is **CLOSED**.

SO ORDERED this 16th day of August, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Although the Court is aware that, in response to the R&R, Plaintiff has filed both a "Motion to Show Unjust Causes" (doc. no. 82) and a "Motion to Show Unjust Cause" (doc. no. 83), those motions, like many of Plaintiff's previous similarly-titled motions (see, e.g., doc. nos. 59, 69, 71), are simply a continuation of his practice of apprising the Court of matters that have no bearing on the Eighth Amendment claim at issue, and are therefore **DENIED**. Accordingly, Plaintiff's "motions," which fail to seek appropriate relief or to respond in any meaningful way to the R&R (doc. no. 80), will not be treated as presenting any properly filed objections.